NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
28350
22-JUL-2011
08:17 AM**

NO. 28350

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARCUS ROSEHILL, Trustee of the MARCUS F. ROSEHILL REVOCABLE LIVING TRUST and VIOLET MARIE M. ROSEHILL REVOCABLE LIVING TRUST, Plaintiffs-Appellees, v. JIM ANDREWS doing business as THE LANDSCAPE WORKS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KO'OLAUPOKO DIVISION
(CIVIL NO. 1RC06-1-4850)

ORDER GRANTING DEFENDANTS-APPELLANTS JIM ANDREWS
AND THE LANDSCAPE WORKS' MOTION TO WITHDRAW APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of Defendants-Appellants Jim Andrews and the Landscape Works' Motion to Withdraw Appeal, the papers in support and opposition, and the records and files herein, it appears that Defendants-Appellants state they wish to withdraw their appeal because the parties have reached a settlement and the settlement provides that Appellants will withdraw their appeal. Therefore,

IT IS HEREBY ORDERED that the motion to withdraw appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, July 22, 2011.

On motion:

Ryan G.S. Au,
for Defendants-Appellants.

*Craig H. Nakamura*
Chief Judge

*[signature]*
Associate Judge

*[signature]*
Associate Judge